ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
         tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>                             Plaintiff,<br><br>vs.<br><br>INSPIRADA COMMUNITY ASSOCIATION; LVDG LLC SERIES 128; and LEACH JOHNSON SONG & GRUCHOW, LTD.;<br><br>                             Defendants. | Case No.: 2:16-cv-00673-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANT LEACH JOHNSON SONG & GRUCHOW, LTD.'S MOTION TO DISMISS AND MOTION FOR SANCTIONS [ECF NOS. 18 AND 19]**<br><br>(**First Request**) |

Plaintiff Bank of America, N.A. and defendant Leach Johnson Song & Gruchow, Ltd. (**Leach Johnson**) stipulate and agree as follows:

The parties hereby stipulate and agree plaintiff's time to respond to defendant Leach Johnson's motion to dismiss and motion for sanctions filed June 24, 2016 (ECF Nos. 18 and 19) shall be extended from July 11, 2016 to July 21, 2016.

. . .

. . .

. . .

. . .

. . .

{38643248;1}                                                                 1

This is the first request for an extension of this deadline. Plaintiff requests the additional time to afford it the opportunity to adequately respond to defendant's motion to dismiss and motion for sanctions in a coordinated manner, as the same or similar motion by defendant has been filed in other cases. The parties submit this request in good faith without the purpose of undue delay.

DATED this 8th day of July, 2016

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Tenesa Scaturro, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 | */s/ T. Chase Pittsenbarger, Esq.* <br> SEAN L. ANDERSON <br> Nevada Bar No. 7259 <br> T. CHASE PITTSENBARGER, ESQ. <br> Nevada Bar No. 13740 <br> 8945 W. Russell Road, Suite 330 <br> Las Vegas, NV 89148 |
| *Attorneys for Plaintiffs Ditech Financial Services LLC f/k/a Green Tree Servicing LLC, and Federal National Mortgage Association* | *Attorneys for Defendant Leach Johnson Song & Gruchow* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** July 29, 2016

{38643248;1}    2