**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Sanderson@leachjohnson.com
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
cpittsenbarger@leachjohnson.com
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant*
*Leach Johnson Song & Gruchow*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00673-KJD-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR LEACH JOHNSON SONG & GRUCHOW, LTD. TO FILE A REPLY [ECF NO. 19]** |
| vs. | |
| INSPRIRADA COMMUNITY ASSOCIATION; and LEACH, JOHNSON, SONG &GRUCHOW, | |
| Defendants. | |

Plaintiff BANK OF AMERICA, N.A., by and through its attorney Miles Clark, of AKERMAN LLP and Defendant, LEACH JOHNSON SONG & GRUCHOW, LTD. ("Defendant"), by and through its attorney T. Chase Pittsenbarger, of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

Leach Johnson Song & Gruchow filed its Motion for Sanctions and Fees Pursuant to FRCP 11 and NRS 18.010 (Motion) [ECF No. 19]. Plaintiff Bank of America, N.A. filed its Opposition to the Motion on July 21, 2016 [ECF No. 23]. The Reply to the Motion is due July 29, 2016.

/ / /

The Parties stipulate to a 3-week extension up to and including **August 19, 2016** for Defendant to file its Reply.  This is the first request for an extension of this deadline.  Mr. Anderson is out of the country from July 18, 2016 through July 31, 2016 returning to the office August 1, 2016.  Mr. Anderson will need time to review the Opposition and prepare a Reply.  The parties submit this request in good faith without the purpose of undue delay.

DATED this 28th day of July, 2016.

| **AKERMAN, LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Tenesa S. Scaturro* | */s/ T. Chase Pittsenbarger* |
| Ariel E. Stern | Sean L. Anderson |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| Tenesa S. Scaturro | T. Chase Pittsenbarger |
| Nevada Bar No. 12488 | Nevada Bar No. 13740 |
| 1160 Town Center Drive, Suite 330 | 8945 West Russell Road, Suite 300 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys Defendant Leach Johnson Song & Gruchow, Ltd.* |

**ORDER**

**IT IS SO ORDERED.**

_____  7/29/2016

**UNITED STATES DISTRICT COURT JUDGE**