ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
rrobbins@robbinslawfirm.legal
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
elowell@robbinslawfirm.legal
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
cfuss@robbinslawfirm.legal
TY M. MAYNARICH, ESQ.
Nevada Bar No. 14584
tmaynarich@robbinslawfirm.legal
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Defendant*
*Inspirada Community Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> INSPIRADA COMMUNITY ASSOCIATION; LVDG LLC SERIES 128; and LEACH, JOHNSON, SONG & GRUCHOW LTD, <br><br> Defendants. | CASE NO: 2:16-cv-00673-KJD-CWH <br><br> **NOTICE OF CHANGE OF FIRM NAME AND DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that the PENGILLY LAW FIRM is now the ROBBINS LAW FIRM.

/ / /

/ / /

1

1 | PLEASE TAKE FURTHER NOTICE that James W. Pengilly is no longer associated as an
2 | attorney on this case.
3 | DATED this 3rd day of October, 2018.

**ROBBINS LAW FIRM**

*/s/ Elizabeth B. Lowell*
Robert T. Robbins, Esq. (NVB 6109)
Elizabeth Lowell, Esq. (NVB 8551)
Chad D. Fuss, Esq. (NVB 12744)
Ty M. Maynarich, Esq. (NVB 14584)
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134

IT IS SO ORDERED.

DATED: Oct 12, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE