ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:    (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern @akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00673-KJD-CWH |
| Plaintiff, | |
| | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER BECAUSE OF STAY** |
| vs. | **(SECOND REQUEST)** |
| INSPIRADA COMMUNITY ASSOCIATION; LVDG LLC SERIES 128; and LEACH JOHNSON SONG & GRUCHOW, LTD., | **AND** |
| Defendants. | **STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE TO LVDG'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 51)** |
| | **(FIRST REQUEST)** |

Plaintiff Bank of America N.A. (**BANA**) by and through its attorneys, Akerman LLP; defendant Inspirada Community Association, by and through its counsel of the Robbins Law Firm; defendant LVDG LLC Series 128 by and through its counsel Roger P. Croteau & Associates Ltd., and defendant Leach Johnson Song & Gruchow by and through its counsel Leach Kern Cruchow Anderson Song, hereby jointly submit this Stipulation and Order to Extend Discovery and Dispositive Motions Deadlines (Second Request) pursuant to LR IA 6-1, LR 26-4, and the Court's

41507614;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA, 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

minute order of October 19, 2018 (ECF No. 50). This is the second stipulation to extend the discovery deadlines set by the Scheduling Order (ECF No. 16) entered on June 16, 2016.

The parties also stipulate to extend the deadline to respond to LVDG's motion for summary judgment in accordance with the new dispositive motions deadline.

**A. STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

**1.** The original discovery cut-off in this case was February 27, 2017. (ECF No. 16.)

**2.** The discovery cut-off was extended to March 27, 2017, to accommodate deposition scheduling. (ECF Nos. 33, 34.) Initial disclosures and written discovery were largely complete by the time of the extension.

**3.** The scheduled depositions did not take place. The parties concluded *Bourne Valley* might make the depositions unnecessary, so they moved for a stay until the legal status of *Bourne Valley* became clear. (ECF Nos. 35, 36.) The stay took effect on March 16, 2017, before the extended discovery cut-off. (ECF No. 37.)

**B. STATEMENT OF DISCOVERY REMAINING TO BE COMPLETED**

**4.** BANA vacated its depositions in compliance with the stay and wishes to complete them.

**5.** Additionally, the legal landscape surrounding HOA cases has changed significantly since the stay was entered, and the parties may wish to disclose additional documents and witnesses and give the other parties a brief opportunity to investigate them.

**6.** Only eleven days of discovery remained when the case was stayed, but it would be difficult to schedule and complete the needed depositions in eleven days.

**7.** Because of scheduling complications arising from the upcoming holidays, the parties request an additional sixty days of discovery.

**C. REASONS WHY AN EXTENSION IS REQUIRED**

**8.** As explained above, discovery was not quite complete when the stay was entered, and the parties wish to complete it.

**9.** BANA requests it be able to complete discovery before responding to LVDG's motion for summary judgment.

41507614;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**D.     PROPOSED SCHEDULE FOR ALL REMAINING DISCOVERY**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off | (none) | Tuesday, January 8, 2019 |
| Deadline to Respond to LVDG's Summary Judgment Motion | Friday, November 9, 2018 | Thursday, February 7, 2019 |
| Dispositive Motions Deadline: | (none) | Thursday, February 7, 2019 |
| Pretrial Order Deadline: | (none) | Monday, March 11, 2019, or 30 days after decision on all dispositive motions. |

**E.     CURRENT TRIAL DATE**

The court **has not** yet set a trial date.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

41507614;1

The parties make this request in good faith and not for purposes of unreasonable delay, believing good cause exists for extending these deadlines.

DATED this _9th_ day of November, 2018.

**AKERMAN LLP**


By*: _Jamie K. Combs_____*
    ARIEL E. STERN, ESQ.
    Nevada Bar No. 8276
    JAMIE K. COMBS, ESQ.
    Nevada Bar No. 13088
    1635 Village Center Cir., Suite 200
    Las Vegas, Nevada  89134

*Attorneys for Plaintiff Bank of America, N.A.*

**ROBBINS LAW FRIM**


By: _Chad D. Fuss_____
    ROBERT T. ROBBINS, ESQ.
    Nevada Bar No. 6109
    ELIZABETH B. LOWELL, ESQ.
    Nevada Bar No. 8551
    CHAD D. FUSS, ESQ.
    Nevada Bar No. 12744
    1995 Village Center Circle, Suite 190
    Las Vegas, Nevada 89134-0562

*Attorneys for Defendant Inspirada Community Association*

**LEACH KERN GRUCHOW ANDERSON SONG**

By: _T. Chase Pittsenbarger_____
    SEAN L. ANDERSON, ESQ.
    Nevada Bar No. 7259
    T. CHASE PITTSENBARGER, ESQ.
    Nevada Bar No. 13740
    2525 Box Canyon Drive
    Las Vegas, NV 89128

*Attorneys for Defendants Leach Johnson Song & Gruchow*

**ROBERT P. CROTEAU & ASSOCIATES, LTD.**


By: _Timothy Rhoda_____
    ROGER P. CROTEAU, ESQ.
    Nevada Bar No. 4958
    TIMOTHY RHODA, ESQ.
    Nevada Bar No. 7878
    9120 W. Post Road, Suite 100
    Las Vegas, Nevada 89148

*Attorneys for Defendant LVDG, LLC Series 128*

## ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
November 16, 2018
DATED

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

41507614;1