MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> INSPIRADA COMMUNITY ASSOCIATION; LVDG LLC SERIES 128; and LEACH JOHNSON SONG & GRUCHOW, LTD., <br><br> Defendants. | Case No.: 2:16-cv-00673-KJD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO OPPOSE SUMMARY JUDGMENT MOTIONS** <br><br> **[FIRST REQUEST]** |

Plaintiff Bank of America, N.A., (**BANA**), defendant LVDG, LLC Series 128, defendant Inspirada Community Association (**Inspirada**) and defendant Leach Johnson Song & Gruchow (**Leach**), stipulate to allow all parties fourteen additional days to oppose (**1**) BANA's motion for partial summary judgment [ECF No. 59], (**2**) Inspirada's motion for summary judgment [ECF No. 58] and (3) Leach's motion for summary judgment, [ECF No. 57], and twenty-one additional days for LVDG to reply in support of its motion for summary judgment [ECF No. 51].

1. BANA filed its motion for partial summary judgment on February 7, 2019. [ECF No. 59]. The deadline for filing oppositions is February 28, 2019;

2. Inspirada filed its motion for summary judgment on February 7, 2019. [ECF No. 58]. The deadline for filing oppositions is February 28, 2019;

. . .

1

48093534;1

3. Leach filed its motion for summary judgment on February 7, 2019. [ECF No. 57]. The deadline for filing oppositions is February 28, 2019.

4. LVDG filed its motion for summary judgment on October 19, 2018. ECF No. 51. BANA filed its opposition February 7, 2019. ECF No. 60. The deadline for LVDG to file its reply was February 21, 2019. LVDG intends to incorporate its reply into its response to BANA's motion for partial summary judgment to the extent practicable.

5. The parties stipulate to extending the deadline to oppose BANA's motion for partial summary judgment, Inspirada's motion for summary judgment, and Leach's motion for summary judgment by fourteen days, and LVDG's reply deadline by twenty-one days, to March 14, 2019, to allow the parties additional time to prepare their briefing.

6. This is the parties' first request to extend the opposition briefing deadlines, and is not made to cause delay or prejudice to any party.

This the __27th__ day of February, 2019.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Bank of America, N.A.*

This the __27th__ day of February, 2019.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Timothy E. Rhoda*
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for LVDG, LLC [Series 128]*

This the __28th__ day of February, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ T. Chase Pittsenbarger*
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Leach Johnson Song & Gruchow and Inspirada Community Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/1/2019

2

48093534;1