MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>INSPIRADA COMMUNITY ASSOCIATION; LVDG LLC SERIES 128; and LEACH JOHNSON SONG & GRUCHOW, LTD.,<br><br>Defendants. | Case No.: 2:16-cv-00673-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTIONS**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A., (**BANA**), defendants LVDG, LLC Series 128 (**LVDG**), Inspirada Community Association (**Inspirada**), and Leach Johnson Song & Gruchow (**Leach**), stipulate to allow all parties fourteen additional days to reply to the parties oppositions to summary judgment and in support of (**1**) BANA's motion for partial summary judgment (ECF No. 59) and (**2**) Inspirada's motion for summary judgment (ECF No. 58) and (**3**) Leach's motion for summary judgment, (ECF No. 57).

1. BANA filed its motion for partial summary judgment on February 7, 2019. ECF No. 59. Inspirada, Leach, and LVDG filed their oppositions on March 14, 2019. *See* ECF Nos. 66, 67, 68. BANA's replies are due March 28, 2019.

2. Inspirada filed its summary judgment motion on February 7, 2019. ECF No. 58. BANA filed its opposition on March 14, 2019. ECF No. 64. Inspirada's reply is due March 28, 2019.

1

48385549;1

AKERMAN LLP
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. Leach filed its motion for summary judgment on February 7, 2019. ECF No. 57. BANA filed its opposition to Leach's motion on March 14, 2019. ECF No. 65. Leach's reply is due March 28, 2019.

4. LVDG filed its motion for summary judgment on October 19, 2018. ECF No. 51. BANA filed its opposition to LVDG's motion on February 7, 2019. ECF No. 60. LVDG filed its reply on March 14, 2019. ECF No. 69. No further briefing on this motion is necessary.

5. The parties stipulate to extending the deadline for BANA, Inspirada, and Leach to file replies in support of their motions partial summary judgment by fourteen days, to allow the parties additional time to prepare their briefing.

6. This is the parties' first request to extend the reply briefing deadlines for these motions, and is not made to cause delay or prejudice to any party.

This the 25th day of March, 2019.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Bank of America, N.A.*

This the 25th day of March, 2019.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Timothy E. Rhoda*
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for LVDG, LLC [Series 128]*

This the 25th day of March, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ T. Chase Pittsenbarger*
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Leach Johnson Song & Gruchow and Inspirada Community Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 28, 2019

48385549;1